1  DENISE A. BRADSHAW, ESQ.
   Nevada State Bar No.: 10521
2  BRADSHAW LAW LLC
   603 Pine Street
3  Elko, Nevada 89801
   TELE: (775) 738-7444
4  FACSIMILE: (775) 738-7455
   E-Mail: denise@bradshawlawnv.com
5
   ATTORNEY FOR PLAINTIFF
6
   DAVID M. ZANIEL, ESQ.
7  Nevada State Bar No.: 7962
   RANALLI, ZANIEL, FOWLER & MORGAN, LLC
8  50 West Liberty Street, Suite 1050
   Reno, Nevada 89501
9  TELE: (775) 786-4441
   FACSIMILE: (775) 786-4442
10 E-Mail: dzaniel@ranallilaw.com

11 ATTORNEYS FOR DEFENDANT

12

13 **UNITED STATES DISTRICT COURT**

14 **DISTRICT OF NEVADA**

| | |
|---|---|
| 15  CHAD E. LAUGHTER, | CASE NO.: 3:20-cv-00429-MMD-CLB |
| 16             Plaintiff, | |
| 17  vs. | **STIPULATED REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND ORDER** |
| 18  PROGRESSIVE DIRECT INSURANCE COMPANY; DOES I-X, inclusive; ABC CORPORATIONS, inclusive; and, XYZ PARTNERSHIPS, inclusive, | |
| 20  | |
| 21             Defendants. | |

22      Pursuant to the Order Setting Case Management Conference of July 28, 2020, the
23 parties, above-named, by and through their respective counsel, respectfully request that the
24 Case Management Conference currently set for September 18, 2020, and any all related
25 deadlines, be continued to a later date.
26      This joint request is due to Plaintiff's counsel being hospitalized in August 2020 for
27 ....
28 ....

COVID-19 pneumonia and is still recovering and under the care of a physician.

**RESPECTFULLY SUBMITTED** this 9th day of SEPTEMBER, 2020.

| **BRADSHAW LAW LLC** | **RANALLI, ZANIEL, FOWLER & MORGAN, LLC** |
|---|---|
| By: /s/ DENISE A. BRADSHAW<br>DENISE A. BRADSHAW<br>Nevada Bar Number: 10521<br>603 Pine Street<br>Elko, Nevada 89801<br>ATTORNEY FOR PLAINTIFF | By: /s/ DAVID M. ZANIEL<br>DAVID M. ZANIEL<br>Nevada Bar Number: 7962<br>50 West Liberty Street, Suite 1050<br>Reno, Nevada 89501<br>ATTORNEYS FOR DEFENDANT |

**ORDER**

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: September 9, 2020

- 2 -