**DAVID M. ZANIEL, ESQ.**
Nevada Bar No. 7962
**RANALLI, ZANIEL, FOWLER & MORAN, LLC**
50 West Liberty Street, Suite 1050
Reno, Nevada 89501
Telephone: (775) 786-4441
Attorneys for Defendant
*Progressive Direct Insurance Company*

**DENISE A. BRADSHAW, ESQ.**
Nevada Bar No. 10521
**BRADSHAW LAW, LLC**
603 Pine Street
Elko, Nevada 89801
Telephone: (775) 738-7444
Attorney for Plaintiff
*Chad E. Laughter*

**UNITED STATES DISTRICT COURT**

**STATE OF NEVADA**

| | |
|---|---|
| CHAD E. LAUGHTER,<br><br>          Plaintiffs,<br><br>     vs.<br><br>PROGRESSIVE DIRECT INSURANCE COMPANY; DOES I-X, inclusive; ABC CORPORATIONS, inclusive; and XYZ PARTNERSHIPS, inclusive;<br><br>          Defendants. | Case No. 3:20-cv-00429 |

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, CHAD E. LAUGHTER, by and through his attorney of record, DENISE A. BRADSHAW, ESQ., and Defendant, PROGRESSIVE DIRECT INSURANCE COMPANY, by and through its attorney of

record, DAVID M. ZANIEL, ESQ., that the above-entitled matter be dismissed with prejudice, with each of the parties to bear their own costs and fees.

DATED this 18th day of November 2020.        DATED this 18th day of November 2020.

RANALLI, ZANIEL, FOWLER & MORAN, LLC        BRADSHAW LAW, LLC

/s/ David Zaniel_____        /s/ Denise Bradshaw_____
DAVID M. ZANIEL, ESQ.            DENISE BRADSHAW, ESQ.
Nevada Bar No. 7962              Nevada Bar No. 10521
50 West Liberty Street, Suite 1050   603 Pine Street
Reno, Nevada 89501               Elko, Nevada 89801
Attorney for Defendant           Attorney for Plaintiff
*Progressive Direct Insurance Company*   *Chad E. Laughter*

## ORDER

PURSUANT TO STIPULATION OF THE PARTIES HERETO, through their respective counsel of record, it is hereby,

ORDERED, ADJUDGED, and DECREED, that the above-entitled matter be dismissed with prejudice, with each of the parties to bear their own costs and fees incurred herein.

**IT IS SO ORDERED:**

_____
U.S. DISTRICT JUDGE

DATED this __18th__ day of ____November____ 2020.